EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHNATHAN K. TAGATAC, Defendant. | CR. NO. CR03-00247 INDICTMENT [18 U.S.C. § 1363; 18 U.S.C. § 1361] |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about January 11, 2002 [2003], in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Halawa Naval Housing Area, JOHNATHAN K. TAGATAC, defendant herein, did willfully and maliciously destroy and injure the personal

property of another, to wit: a green 2002 Dodge Neon, Ohio License RS362493, the property of Anthony R. Price.

All in violation of Title 18, United States Code, Section 1363.

## Count 2

The Grand Jury further charges that:

On or about January 11, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Halawa Naval Housing Area, JOHNATHAN K. TAGATAC, defendant herein, did willfully and maliciously destroy and injure the personal property of another, to wit: a white 1995 Honda Civic, Hawaii License EYY-698, the property of Jasmine Sledge.

All in violation of Title 18, United States Code, Section 1363.

## Count 3

The Grand Jury further charges that:

On or about January 11, 2003, in the District of Hawaii, at the Halawa Naval Housing Area, JOHNATHAN K. TAGATAC, defendant herein, did willfully injure property of the United States, to wit: a sliding glass door.

//
//
//

All in violation of Title 18, United States Code, Section 1361.

DATED: _____May 15, 2003_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. JOHNATHAN K. TAGATAC
CR. NO.
INDICTMENT